Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 11−37832−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher M. DiAntonio                        Kathy DiAntonio
   10 Camac Avenue                                10 Camac Avenue
   Mays Landing, NJ 08330                    Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−8048                                       xxx−xx−6875

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☑ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: December 5, 2016
JJW: def

    James J. Waldron
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher M. DiAntonio  
Kathy DiAntonio  
    Debtors

Case No. 11-37832-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 2        Date Rcvd: Dec 05, 2016  
                          Form ID: cscnodsc    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.

```
db/jdb         +Christopher M. DiAntonio,    Kathy DiAntonio,    10 Camac Avenue,    Mays Landing, NJ 08330-1502
aty            +Michele Dana Allen Hart,    Hangartner, Rydberg, Terrell & Hart, LLC,    701 Poydras St,
                 Suite 310,    New Orleans, LA 70139-7901
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  NATIONSTAR MORTGAGE, LLC,    Bankruptcy Department,
                 350 Highland Drive,    Lewisville, TX  75067)
512382351      ARMC Anesthesiologists,    PO Box 8500-1521,    Philadelphia, PA 19178-0001
512382352      Atlantacare Regional Medical Center,    PO Box 786361,    Philadelphia, PA 19178-6361
512382353     +Atlantic Medical Imaging,    c/o Rickart Collection Systems,    575 Milltown Rd.,    PO Box 7242,
                 North Brunswick, NJ 08902-7242
512382357      Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
512382359      CitiMortgage, Inc.,    PO Box 689196,    Des Moines, IA 50368-9196
512382361      HSBC,    PO Box 17313,    Baltimore, MD 21297-1313
512738528     +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
512382363     +Navy Federal Credit Union,    PO Box 3503,    Merrifield, VA 22119-3503
512382362     +Navy Federal Credit Union,    c/o Baker,    100 Garden City Plaza,    Suite 500,
                 Garden City, NY 11530-3207
512410620     +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
512382365     +PNC Bank,    103 Bellevue Pkwy.,    Wilmington, DE 19809-3701
512382364      Penn Credit,    916 S. 14th St.,    PO Box 988,    Harrisburg, PA 17108-0988
512382366      Rothman Institute of NJ,    PO Box 754075,    Philadelphia, PA 19175-4075
512382368     +Shoreline Endocrine & Medical Assoc.,    2500 English Creek Ave.,    Suite 605,
                 Egg Harbor Township, NJ 08234-5588
512382369      Stephen R. Philpitt,    15 E. Railroad Ave.,    Suite B,    Monroe Township, NJ 08831-1499
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 05 2016 23:18:04      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 05 2016 23:17:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
512382354     +E-mail/Text: bankruptcydepartment@tsico.com Dec 05 2016 23:18:44      Atlanticare Anesthesia,
                 c/o NCO Financial,    PO Box 15273,    Wilmington, DE 19850-5273
512382355     +E-mail/Text: bankruptcydepartment@tsico.com Dec 05 2016 23:18:44
                 Atlanticare Regional Medical,    c/o NCO Financial Systems Inc.,    PO Box 15273,
                 Wilmington, DE 19850-5273
512382358     +E-mail/Text: clientrep@capitalcollects.com Dec 05 2016 23:19:01      Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
513040172      E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 05 2016 23:18:16      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
512431467      E-mail/Text: ext_ebn_inbox@navyfederal.org Dec 05 2016 23:19:00      Navy Federal Credit Union,
                 PO Box 3000,    Merrifield, VA 22119-3000
513864551     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2016 23:20:07
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541,
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
513864550     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2016 23:20:07
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
512413908      E-mail/PDF: rmscedi@recoverycorp.com Dec 05 2016 23:10:02
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
512382367     +E-mail/Text: jboehler@shorememorial.org Dec 05 2016 23:19:01      Shore Memorial Hospital,
                 PO Box 217,    Somers Point, NJ 08244-0217
                                                                                                TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512662814      Aurora Bank FSB c/o Zucker Goldberg & Ackerman 200
513252551*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
512382356    ##+Aurora Loan Services LLC,    2617 College Park,    Scottsbluff, NE 69361-2294
512382360    ##+Frederick J. Hanna & Assoc.,    1427 Rosewell Rd.,    Marietta, GA 30062-3668
                                                                                   TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 05, 2016
                              Form ID: cscnodsc        Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:

```
              Brian C. Nicholas    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joel A. Ackerman    on behalf of Creditor    Aurora Bank FSB jackerman@zuckergoldberg.com
              Joseph J. Rogers    on behalf of Debtor Christopher M. DiAntonio jjresq@comcast.net,
               jjresq1@comcast.net
                                                                                             TOTAL: 7
```